UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

File No: 01-CV-1884 DSD/SRN

Bassford, Lockhart, Truesdell & Briggs, P.A.
Profit Sharing Plan and Trust,

Plaintiff,

vs.

Circle Trust Company,

Defendant.

**NOTICE OF DISMISSAL WITH PREJUDICE**

**TO:** Circle Trust Company and its attorneys Robert M. Taylor, III DAY BERRY & HOWARD, LLP, 185 Asylum Street, City Place One, Hartford, CT 06103-3499.

**PLEASE TAKE NOTICE** that plaintiff Bassford, Lockhart, Truesdell & Briggs, P.A. hereby dismisses the above case with prejudice and on the merits and without costs to either party pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: Dec. 12, 2001

By [signature]

Alan I. Silver (License #101023)
Kevin P. Hickey (License #202484)
Attorneys for Plaintiff
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

304893.WPD

FILED 12-13-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 12-13-01
DEPUTY CLERK

**ORDER OF DISMISSAL**

Upon the foregoing Notice of Dismissal with Prejudice and all of the proceedings herein,

**IT IS HEREBY ORDERED:**

That the court administrator shall enter judgment of dismissal with prejudice and on the merits, and without costs or disbursements between the parties.

**BY THE COURT:**

Dated: 12/13/01

United States District Court Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500